

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2022

No. 04-22-00184-CV

**IN THE INTEREST OF J.A.R.R., ET AL.**, Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01005
Honorable Kimberly Burley, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, and this court must dispose of it within 180 days of the date the notice of appeal was filed. TEX. R. JUD. ADMIN. 6.2. Appellant M.R.'s brief was due on June 27, 2022, and on that day, he filed a motion requesting a one-day extension of time. On June 28, 2022, appellant M.R. filed his brief. After consideration, we **grant** his motion and **deem** his brief as timely filed.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2022.



_____
Michael A. Cruz,
Clerk of Court